**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| VALINDA GRIER, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:15-cv-12300-JEL-APP |
| ) | |
| v. ) | |
| ) | |
| UNITED COLLECTION BUREAU, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Valinda Grier, by and through her undersigned counsel, hereby dismisses the above-captioned proceeding against Defendant, UNITED COLLECTION BUREAU, INC., with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. An answer has not been filed.

Dated: October 15, 2015     By:   /s/ Morris B. Lefkowitz
                                   Attorney for Plaintiff

Morris B. Lefkowitz
Michigan Attorney No. P31335
Allen Chern Law, PLLC
24100 Southfield Road
Suite 203
Southfield, MI 48075
Phone: (248) 569-0180
Fax: (248) 559-0175
morrie@lefkowitzlawgroup.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on October 20, 2015, a copy of the foregoing Notice of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and sent to the below parties via e-email.

    /s/ Morris B. Lefkowitz
    Attorney for Plaintiff

Kristen P. Arsenault
United Collection Bureau, Inc.
5620 Southwyck Blvd., Ste. 206
Toledo, OH 43614
kparsenault@ucbinc.com